| | |
|---|---|
| 1 | Lawrence J. Gornick (SBN 136290) |
| 2 | Emily Charley (SBN 238542) |
| | **LEVIN SIMES KAISER & GORNICK LLP** |
| 3 | One Bush Street, 14th Floor |
| | San Francisco, California 94104 |
| 4 | Tel: (415) 646-7160 |
| 5 | Fax: (415) 981-1270 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COREEN HANSEN, | ) | No. C 05 5033 MJJ |
|---|---|---|
| Plaintiff, | ) ) | Before the Honorable MARTIN J. JENKINS |
| vs. | ) ) | [PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |
| ELI LILLY AND COMPANY, | ) ) | |
| Defendant. | ) ) ) | Conference Date: MARCH 14, 2006<br>Conference Time: 2:00 p.m.<br>Location: Courtroom 11, 19TH floor |

("[PROPOSED]" is struck through)

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the March 3, 2006 Case Management Conference ("CMC") to _June 13, 2006 at 2:00 pm_, ~~at 1:30 p.m.~~ In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: 3/9/2006

_____
HONORABLE MARTIN J. JENKINS
United States District Court Judge

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1