James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREEN HANSEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　　Defendant. | No.: C-05-5033 MJJ<br><br>Before the Honorable Martin J. Jenkins<br><br>**[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date: June 13, 2006<br>Conference Time: 2:00 p.m.<br>Location: Courtroom 11, 19th Fl. |

No.: C 05 5033 MJJ  — 1 —  DOCSOAK-9831464.1

[Proposed] Order Continuing Case Management Conference

1  For the reasons set forth in the Joint Case Management Conference Statement, the Court Vacates the June 13, 2006
2  hereby ~~continues the March 14, 2006,~~ Case Management Conference ("CMC") ~~to~~
   By
3  _____, at _____, ~~by~~ which time this case will likely have been transferred to
4  the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation. In
5  the event this case is not transferred to the MDL far enough in advance of the new CMC date, the
6  parties shall file a Joint CMC Statement at least 5 court days before the new CMC date.
7  ////

10  IT IS SO ORDERED

12  DATED: 6/6/2006

   *[signature]*
13  _____
   The Honorable Martin J. Jenkins

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 05 5033 MJJ                – 2 –                DOCSOAK-9831464.1
~~[Proposed]~~ Order Continuing Case Management Conference